# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie L. Barker<br>　　　　　　　　　　Debtor(s)<br><br>**LAKEVIEW LOAN SERVICING, LLC**<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>Stephanie L. Barker<br>　　　　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour,<br>　　　　　　　　　　Trustee | BK NO. 21-21636 JAD<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, Maria Miksich of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 26, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Stephanie L. Barker
2139 Elizabeth Court
Export, PA 15632

<u>Attorney for Debtor(s)</u>
Maureen Kroll, Esq.
8981 Norwin Avenue (VIA ECF)
Suite 203
North Huntingdon, PA 15642

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: <u>July 26, 2021</u>

**/s/Maria Miksich Esquire**
Maria Miksich Esquire
Attorney I.D. 319383
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3589
mmiksich@kmllawgroup.com