FILED
9/3/21 4:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 21-21636-JAD |
| Stephanie L. Barker, | : | |
|     Debtor, | : | |
| | : | Chapter 13 |
| Stephanie L. Barker, | : | |
|     Movant, | : | |
| | : | Related to Document No. 25 |
| And | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | |
|     Additional Movant, | : | |
| | : | |
| Amerisource Bergen | : | |
| 1 W. 1st Avenue | : | |
| Conshohocken, PA 19428 | : | |
| ATTN.: HRSC | : | |
|     Respondent. | : | |
| | : | |
| Social Security No. XXX-XX-4789 | : | |

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

Upon representation of the above-named Debtor, Stephanie L. Barker, having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan:

IT IS HEREBY ORDERED that until further Order of this Court, the entity from which the Debtor receives income:

    Amerisource Bergen
    1 W. 1st Avenue
    Conshohocken, PA 19428
    ATTN.: HRSC

shall deduct from said income the amount of One Thousand Nine Hundred Thirty-two ($1,932.00) Dollars monthly beginning on the next pay day following receipt of this Order and deduct a similar amount each month thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and shall remit the deducted sums on a monthly basis to:

> Ronda J. Winnecour
> Chapter 13 Trustee, W.D.P.A.
> P.O. Box 84051
> Chicago, IL  60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor's attorney, Maureen Kroll, Esquire, 8981 Norwin Avenue, Suite 203, North Huntingdon, Pennsylvania 15642, (724) 863-6770, if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income to the Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues, be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order, except as may be allowed upon application to and Order of this Court.

      IT IS FURTHER ORDERED that the Debtor shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as Ordered herein may be subject to sanctions including damages to Debtor and this Estate.

Prepared by:
Maureen Kroll, Esquire
Attorney for Debtor/Movant.

Date: September 3, 2021        By: _____
                                              Jeffery A. Deller
                                              United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Stephanie L. Barker
    Maureen Kroll, Esquire
    Amerisource Bergen
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21636-JAD |
| Stephanie L. Barker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 2 |
| Date Rcvd: Sep 03, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

**Recip ID        Recipient Name and Address**
db           + Stephanie L. Barker, 2139 Elizabeth Court, Export, PA 15632-9735
             + Amerisource Bergen, Attn: HRSC, 1 W. 1st Avenue, Conshohocken, PA 19428-1800

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2021            Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2021 at the address(es) listed below:**

**Name**                        **Email Address**
Maria Miksich
                 on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com

Maureen Kroll
                 on behalf of Debtor Stephanie L. Barker maureen@mkroll.comcastbiz.net  lisa@mkroll.comcastbiz.net

Office of the United States Trustee
                 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                 cmecf@chapter13trusteewdpa.com

S. James Wallace
                 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

District/off: 0315-2 User: msch Page 2 of 2
Date Rcvd: Sep 03, 2021 Form ID: pdf900 Total Noticed: 2
TOTAL: 5