IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| | Case No. 21-21636-JAD |
| Stephanie L. Barker, | |
|     Debtor, | |
| | Chapter 13 |
| Stephanie L. Barker, | |
|     Movant, | |
| | Related to Document No. 57 |
| And | |
| | |
| Ronda J. Winnecour, Trustee, | |
|     Additional Movant, | |
| | |
| Amerisource Bergen | |
| 1 W. 1st Avenue | |
| Conshohocken, PA 19428 | |
| ATTN.: HRSC | |
|     Respondent. | |
| | |
| Social Security No. XXX-XX-4789 | |

CERTIFICATE OF SERVICE

    I, Maureen Kroll, Esquire, certify under penalty of perjury that I have served the Notification of Debtor's Social Security Number on the affected party at the address on the attached matrix on May 12, 2022. The party was served by U.S. first-class mail, postage prepaid.

05/12/2022                                      /s/ Maureen Kroll, Esquire
                                                  Attorney for Debtor/Movant.
                                                  Pa. I.D. No. 61359

                                                  8981 Norwin Avenue, Suite 203
                                                  North Huntingdon, PA 15642
                                                  724-863-6770 / 724-821-9494 (fax)

                                                  maureen@mkroll.comcastbiz.net

# MAILING MATRIX

Amerisource Bergen
1 W. 1st Avenue
Conshohocken, PA  19428
ATTN.:  HRSC