IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : Case No. 21-21636-JAD |
| Stephanie L. Barker, | : |
|     Debtor, | : |
| | : Chapter 13 |
| Stephanie L. Barker, | : |
|     Movant, | : |
| | : Related to Document No. 65 |
| And | : |
| | : |
| Ronda J. Winnecour, Trustee, | : |
|     Additional Movant, | : |
| | : |
| Amerisource Bergen | : |
| 1 W. 1st Avenue | : |
| Conshohocken, PA  19428 | : |
| ATTN.:  HRSC | : |
|     Respondent. | : |
| | : |
| Social Security No.  XXX-XX-4789 | : |

CERTIFICATE OF SERVICE

    I, Maureen Kroll, Esquire, certify under penalty of perjury that I have served a copy of the November 16, 2023 Order To Terminate Wage Attachment on the affected parties at the addresses on the attached matrix on November 16, 2023.  The parties were served by U.S. first-class mail, postage prepaid.

11/16/2023                        /s/ Maureen Kroll, Esquire
                                       Attorney for Debtor/Movant.
                                       Pa. I.D. No. 61359

                                       8981 Norwin Avenue, Suite 203
                                       North Huntingdon, PA 15642
                                       724-863-6770 / 724-821-9494 (fax)

                                       maureen@mkroll.comcastbiz.net

# MAILING MATRIX

Peoples Natural Gas Company LLC
GRB Law
Frick Building
437 Grant Street, 14th Floor
Pittsburgh, PA  15219-6101

Peoples Natural Gas Company, LLC
c/o Jeffrey R. Hunt, Esquire
GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA  15219

American Express National Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

Department of Education/Navient
P.O. Box 9635
Wilkes Barre, PA  18773-9635

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL  33487-2853

Michael John Stakel
505 Blenny Lane
Chester, MD  21619

SYNCB/HSN
P.O. Box 965017
Orlando, FL  32896-5017

Ally Bank
c/o AIS Portfolio Services, LP
4515 N. Santa Fe Avenue, Dept. APS
Oklahoma City, OK  73118-7901

Amex
P.O. Box 297871
Fort Lauderdale, FL  33329-7871

Discover Financial Services LLC
P.O. Box 3025
New Albany, OH  43054-3025

Lakeview Loan Servicing, LLC
c/o M&T Bank
P.O. Box 840
Buffalo, NY  14240-0840

Midland Credit Management, Inc.
P.O. Box 2037
Warren, MI  48090-2037

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541-1021

Ally Financial
P.O. Box 380901
Bloomington, MN  55438-0901

Credit Management Co.
2121 Noblestown Road
Suite 3
Pittsburgh, PA  15205-3956

JPMorgan Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas Lane, Floor 01
Monroe, LA  71203-4774

Lakeview Loan Servicing, LLC
c/o Michael T. McKeever, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106-1541

Navient Solutions, LLC on behalf of
Department of Education Loan Services
P.O. Box 9635
Wilkes Barre, PA  18773-9635

SYNCB/Care Credit
P.O. Box 965036
Orlando, FL  32896-5036

Weltman, Weinberg & Reis
965 Keynote Circle
Brooklyn Heights, OH  44131-1829

Discover Financial Service LLC
P.O. Box 15316
Wilmington, DE  19850

JPMC Card Services
P.O. Box 15369
Wilmington, DE  19850

Amerisource Bergen
1 W. 1st Avenue
Conshohocken, PA  19428
ATTN.:  HRSC

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219-2702

U.S. Trustee's Office
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Stephanie L. Barker
2139 Elizabeth Court
Export, PA  15632