FILED
11/16/23 12:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| | Case No. 21-21636-JAD |
| Stephanie L. Barker, | |
|     Debtor, | |
| | Chapter 13 |
| Stephanie L. Barker, | |
|     Movant, | |
| | Related to Document No. 64 |
| And | |
| Ronda J. Winnecour, Trustee, | |
|     Additional Movant, | |
| Amerisource Bergen | |
| 1 W. 1st Avenue | |
| Conshohocken, PA 19428 | |
| ATTN.: HRSC | |
|     Respondent. | |
| Social Security No. XXX-XX-4798 | |

ORDER TO TERMINATE WAGE ATTACHMENT

    The above-named Debtor having filed a Chapter 13 Petition, and Debtor or Trustee having moved to attach wages to fund the Chapter 13 Plan.

    An Order to Pay Trustee Pursuant To Wage Attachment was entered on May 10, 2022 regarding Debtor's employer:

    Amerisource Bergen
    1 W. 1st Avenue
    Conshohocken, PA 19428
    ATTN.: HRSC

Debtor is no longer employed by Amerisource Bergen.

IT IS, THEREFORE, ORDERED that:

The wage attachment entered in this matter on May 10, 2022 is hereby terminated.

Date: 11/16/2023                          By: _____ J.
                                          United States Bankruptcy Judge
                                          Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21636-JAD |
| Stephanie L. Barker | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 16, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephanie L. Barker, 2139 Elizabeth Court, Export, PA 15632-9735 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Maureen Kroll | on behalf of Debtor Stephanie L. Barker maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Nov 16, 2023 Form ID: pdf900 Total Noticed: 1
TOTAL: 6