FILED
11/17/23 11:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| : | Case No.  21-21636-JAD |
| Stephanie L. Barker, : | |
|     Debtor, : | |
| : | Chapter 13 |
| Stephanie L. Barker, : | |
|     Movant, : | |
| : | Related to Document No.  66 |
| And : | |
| : | |
| Ronda J. Winnecour, Trustee, : | |
|     Additional Movant, : | |
| : | |
| Caduceus Health : | |
| 30 Montgomery Street : | |
| 7th Floor, Suite 720 : | |
| Jersey City, NJ 07302-3841 : | |
| Attn.:  Jill Hampton, : | |
|     Respondent. : | |
| : | |
| Social Security No.  XXX-XX-4798 : | |

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

    The above-named Debtor having filed a Chapter 13 Petition, and Debtor or Trustee having moved to attach wages to fund the Chapter 13 Plan:

    IT IS, THEREFORE, ORDERED that:

    until further Order of this Court, Respondent from which the Debtor receives income:

>Caduceus Health
>30 Montgomery Street
>7th Floor, Suite 720
>Jersey City, NJ 07302-3841
>Attn.: Jill Hampton

(1) shall deduct from that income the sum of One Thousand Nine Hundred Twenty-Nine and 00/100 Dollars ($1,929.00) monthly at the rate of Eight Hundred Ninety and 31/100 Dollars ($890.31) bi-weekly beginning on the next pay day following receipt of this Order and shall deduct a similar amount each pay period thereafter, including any period for which Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to Debtor and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

>Ronda J. Winnecour
>Chapter 13 Trustee, W.D.PA.
>P.O. Box 84051
>Chicago, IL  60689-4002

(2) Debtor is paid bi-weekly, and the monthly Plan payment is $1,929.00.

(3) the above-named entity shall notify the Chapter 13 Trustee if Debtor's income is terminated and the reason therefor.

(4) Debtor shall serve this Order and a copy of the Notification of Debtor's Social Security Number (Local Bankruptcy Form 12) that includes Debtor's full Social Security number on Respondent. Debtor shall file a Certificate of Service regarding service of the Order and Local Form, but the Social Security number shall not be included on the Certificate.

(5) all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to Debtor in accordance with usual payment procedures.

(6) NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR ANY OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY CHILD OR DOMESTIC SUPPORT PAYMENTS.

(7) This Order supersedes previous Orders made to Respondent in this case.

(8) Respondent shall not charge any fee to Debtor for the administration of this attachment Order except as may be allowed under application to and Order of this Court.

(9) Debtor shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as Ordered herein may be subject to sanctions including damages to Debtor and this Estate.

Date: 11/17/2023       By: _____jsf_____ J.
                       United States Bankruptcy Judge
                       Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-21636-JAD

Stephanie L. Barker    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Nov 17, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie L. Barker, 2139 Elizabeth Court, Export, PA 15632-9735 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Maureen Kroll | on behalf of Debtor Stephanie L. Barker maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

District/off: 0315-2      User: auto      Page 2 of 2

Date Rcvd: Nov 17, 2023      Form ID: pdf900      Total Noticed: 1

TOTAL: 6