**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>STEPHANIE L. BARKER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:21-21636 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/16/2021 and confirmed on 08/27/2021. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 58,925.47 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 58,925.47 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,971.44 | |
|     Trustee Fee | 2,528.81 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,500.25 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 27,238.46 | 0.00 | 27,238.46 |
|     Acct: 2985 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 27,062.78 | 24,936.94 | 0.00 | 24,936.94 |
|     Acct: 2985 | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7655 | | | | |
| | | | | 52,175.40 |
| **Priority** | | | | |
|   MAUREEN KROLL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEPHANIE L. BARKER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAUREEN KROLL | 3,113.00 | 1,971.44 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 2,249.82 | 0.00 | 2,249.82 |
|     Acct: 3023 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2985 | | | | |

| 21-21636 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | 2,249.82 |
| Unsecured | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 2,732.69 | 0.00 | 0.00 | 0.00 |
| Acct: 3009 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 41XX | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NAVIENT SOLUTIONS LLC O/B/O AIDVANT | 130,142.63 | 0.00 | 0.00 | 0.00 |
| Acct: 4789 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 2,127.30 | 0.00 | 0.00 | 0.00 |
| Acct: 7104 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 480.29 | 0.00 | 0.00 | 0.00 |
| Acct: 4086 | | | | |
| PNC BANK NA | 5,763.74 | 0.00 | 0.00 | 0.00 |
| Acct: 4789 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 598.78 | 0.00 | 0.00 | 0.00 |
| Acct: 9820 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 778.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5085 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,519.09 | 0.00 | 0.00 | 0.00 |
| Acct: 6191 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,503.21 | 0.00 | 0.00 | 0.00 |
| Acct: 8280 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4086 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL STAKEL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                                54,425.22

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 27,062.78 |
| UNSECURED | 145.645.73 |

Date: 09/03/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com